HENRY R. PIERSON, *as Receiver of the Widows and Orphans' Life Insurance Company, Appellant, v.* SIMEON B. CHITTENDON, *Respondent, Impleaded with others.* — Order affirmed, without costs.    Opinion by DYKMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* HENRY PENNIE, *Appellant, v.* THE COMMISSIONERS OF THE DEPARTMENT OF FIRE AND BUILDINGS OF THE CITY OF BROOKLYN, *Respondents.* — Order dismissing writ of *certiorari* reversed, with costs and disbursements.    Opinion by DYKMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* THOMAS FLAHERTY, *Appellant, v.* THE COMMISSIONERS OF THE DEPARTMENT OF FIRE AND BUILDINGS OF THE CITY OF BROOKLYN, *Respondents.* — Order reversed, with costs and disbursements.    Opinion by DYKMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* PATRICK LARNEY, *Appellant, v.* THE COMMISSIONERS OF THE DEPARTMENT OF FIRE AND BUILDINGS OF THE CITY OF BROOKLYN, *Respondents.* — Order reversed, with costs and disbursements.    Opinion by DYKMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* WILLIAM E. LANGDON, *Appellant, v.* THE COMMISSIONERS OF THE DEPARTMENT OF FIRE AND BUILDINGS OF THE CITY OF BROOKLYN, *Respondents.* — Order reversed, with costs and disbursements.    Opinion by DYKMAN, J.

THE CITY OF BROOKLYN *ex rel.* C. A. M. STADLMAIR, *Respondent, v* CHARLES A. WILLARD and PATRICK HEFFERMAN, *Appellants.* — Judgment reversed, and new trial granted, costs to abide event. Opinion by BARNARD, P. J.

ELIZABETH CARTER *Appellant, v.* CHARLES W. SCOFIELD and others, *Respondents.* — Judgment and order denying new trial affirmed, with costs.    Opinion by GILBERT, J.

JAMES E. DELANEY, *Appellant, v.* WILLIAM C. VAN AULEN, *Testamentary Trustee, etc., Respondent.* — Judgment affirmed, with costs.    Opinion by DYKMAN, J.

JOHN M. MASTERTON, *Appellant, v.* CALEB E. WHITAKER and ALEXANDER M. WHITAKER, *Respondents.* — Judgment affirmed, with costs.    Opinion by GILBERT, J.; BARNARD, P. J., not sitting.

OLIVER RIDER, *Respondent, v.* LOUIS J. DODGE, *Appellant.* — Judgment and order denying a new trial reversed and new trial granted, costs to abide event.    Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.

JAMES KELLER, *Respondent, v.* THE PHILADELPHIA AND READING COAL AND IRON COMPANY, *Appellant.* — Judgment affirmed, with costs.    Opinion by GILBERT, J.

WILLIAM NEVILLE, *Respondent, v.* SCHUYLER STEAM TOWBOAT LINE, *Appellant.* — Judgment and order denying new trial reversed and new trial granted, costs to abide event.    Opinion by DYKMAN, J.; GILBERT, J., not sitting.